JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
THOMAS W. MARONEY, ESQ.
Nevada Bar No. 13913
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Email: joshua.sliker@jacksonlewis.com
Email: thomas.maroney@jacksonlewis.com

*Attorneys for Third-Party Defendant*
*Greater Nevada Credit Union*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| POLARIS PROCESSING, LLC, <br><br> Plaintiff, <br> v. <br><br> NEW RISE RENEWABLES RENO, LLC, <br><br> Defendant. | Case No. 2:24-cv-01907-JAD-MDC |
| NEW RISE RENEWABLES RENO, LLC, <br><br> Counter-Complainant, <br> v. <br><br> POLARIS PROCESSING, LLC, Individual DOES 1-10; ROES 1-10, inclusive, <br><br> Counter-Defendants. | |
| NEW RISE RENEWABLES RENO, LLC, <br><br> Third-Party Plaintiff, <br> v. <br><br> TERRY FRIEDMAN & JULIE THROOP, PLLC; JOHN C. BOYDEN, ESQ., an individual; GREATER NEVADA CREDIT UNION, a domestic non-profit cooperative corporation; TRUIST BANK, NORTH CAROLINA, a Tennessee Corporation; KING FIRM LLC, a fictitious corporation; DOES 1-10; ROE BUSINESS and ROE CORPORATIONS 1-10, inclusive <br><br> Third-Party Defendants. | **STIPULATION AND ORDER TO EXTEND TIME FOR THIRD-PARTY DEFENDANT GREATER NEVADA CREDIT UNION TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS NEW RISE RENEWABLES RENO, LLC'S THIRD-PARTY COMPLAINT** <br><br> **(FIRST REQUEST)** |

1    IT IS HEREBY STIPULATED by and between Third-Party Plaintiff NEW RISE RENEWABLES RENO, LLC ("New Rise"), by and through their counsel, the law firm of Ranalli, Zaniel, Fowler & Moran, LLC, and Third-Party Defendant GREATER NEVADA CREDIT UNION ("GNCU"), by and through its counsel, the law firm of Jackson Lewis P.C., that the deadline for GNCU to file its Reply in support of its Motion to Dismiss Third-Party Plaintiff's New Rise Renewables Reno, LLC Third-Party Complaint (ECF No. 33) shall be extended from February 7, 2025 to **February 14, 2025**. This Stipulation is submitted and based upon the following:

    1.    On January 17, 2025, GNCU filed its Motion to Dismiss Third-Party Plaintiff's New Rise Renewables Reno, LLC Third-Party Complaint. ECF No. 33.

    2.    On January 31, 2025, New Rise filed its Opposition to GNCU's Motion to Dismiss. ECF No. 35.

    3.    Pursuant to LR 7-2(b), "[t]he deadline to file and serve any reply in support of the [Motion to Dismiss] is seven days after service of the" Opposition. As a result, GNCU's Reply is currently due on February 7, 2025.

    4.    The undersigned counsel for GNCU will be out of the office travelling internationally from February 3rd to February 10, 2025.

    5.    As such, GNCU's requires additional time to confer with GNCU's representatives regarding the Reply and complete preparing the Reply.

    6.    The parties hereby stipulate and agree that good cause supports **extending the time for GNCU to file its Reply in support of its Motion to Dismiss Third-Party Plaintiff's New Rise Renewables Reno, LLC Third-Party Complaint from February 7, 2025, to February 14, 2025**.

    7.    This is GNCU's first request for an extension of time to file its Reply in support of its Motion to Dismiss Third-Party Plaintiff's New Rise Renewables Reno, LLC Third-Party Complaint.

/ / /
/ / /
/ / /
/ / /

8. This stipulation is made in good faith and not for the purpose of delay.

Dated this 3rd day of February, 2025.

| | |
|---|---|
| RANALLI, ZANIEL, FOWLER & MORAN, LLC | JACKSON LEWIS P.C. |
| */s/ David M. Zaniel* | */s/ Thomas W. Maroney* |
| DAVID M. ZANIEL, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 7962 | Nevada Bar No. 12493 |
| 50 West Liberty Street, Suite 1050 | THOMAS W. MARONEY, ESQ. |
| Reno, Nevada 89501 | Nevada Bar No. 13913 |
| | 300 S. Fourth Street, Suite 900 |
| *Attorneys for Third-Party Plaintiff New Rise Renewables Reno, LLC* | Las Vegas, Nevada 89101 |
| | *Attorneys for Third-Party Defendant Greater Nevada Credit Union* |

**ORDER**

IT IS SO ORDERED.

_____
United States District Court Judge

Dated: 2/6/25

4917-2830-2869, v. 1

3