1  Charles E. Gianelloni (NV Bar No. 12747)
   Markie L. Betor (NV Bar No. 15505)
2  SNELL & WILMER L.L.P.
   1700 South Pavilion Center Drive, Suite 700
3  Las Vegas, Nevada 89135
   Telephone: (702) 784-5200
4  Facsimile:  (702) 784-5252
   Email: cgianelloni@swlaw.com
5         mbetor@swlaw.com

6  *Attorneys for Polaris Processing, LLC*

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

| | |
|---|---|
| POLARIS PROCESSING, LLC, | Case No. 2:24-cv-1907-JAD-MDC |
| Plaintiff, | |
| vs. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| NEW RISE RENEWABLES RENO, LLC, | |
| Defendant. | |
| NEW RISE RENEWABLES RENO, LLC, | |
| Counter-Complainant, | |
| vs. | |
| POLARIS PROCESSING, LLC, Individual DOES 1-10; ROES 1-10, inclusive, | |
| Counter-Defendants. | |
| NEW RISE RENEWABLES RENO, LLC, | |
| Third-Party Plaintiff, | |
| vs. | |
| TERRY FRIEDMAN & JULIE THROOP, PLLC; JOHN C. BOYDEN, ESQ., an individual; GREATER NEVADA CREDIT UNION, a domestic non-profit cooperative corporation; TRUIST BANK, NORTH CAROLINA, a Tennessee Corporation; KING FIRM LLC, a fictitious corporation; DOES 1-10; ROE BUSINESS and ROE CORPORATIONS 1-10, inclusive, | |
| Third-Party Defendants. | |

4937-1378-2046

1  NOTICE IS HEREBY GIVEN to the Court and parties that Theresa Trenholm, Esq. is no longer associated with this matter and should be removed from the list of counsel of record in this case.

Dated: February 21, 2025

SNELL & WILMER L.L.P.

By: /s/ Charles E. Gianelloni
Charles E. Gianelloni (NV Bar No. 12747)
Markie L. Betor (NV Bar No. 15505)
1700 South Pavilion Center Dr., Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200

*Attorneys for Polaris Processing, LLC*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 2/25/2025

Snell & Wilmer L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89169
702.784.5200

4937-1378-2046