1  Charles E. Gianelloni (NV Bar No. 12747)
   Markie L. Betor (NV Bar No. 15505)
2  SNELL & WILMER L.L.P.
   1700 South Pavilion Center Drive, Suite 700
3  Las Vegas, Nevada 89135
   Telephone: (702) 784-5200
4  Facsimile:  (702) 784-5252
   Email: cgianelloni@swlaw.com
5         mbetor@swlaw.com

6  *Attorneys for Polaris Processing, LLC*

7                  **UNITED STATES DISTRICT COURT**

8                       **DISTRICT OF NEVADA**

9  POLARIS PROCESSING, LLC,              | Case No. 2:24-cv-1907-JAD-MDC

10                 Plaintiff,

11 vs.                                   | **STIPULATION AND ORDER TO**
                                         | **EXTEND DISCOVERY DEADLINES**
12 NEW RISE RENEWABLES RENO, LLC,        | **(FIRST REQUEST)**

13                 Defendant.

14 ─────────────────────────────
   NEW RISE RENEWABLES RENO, LLC,
15
                   Counter-Complainant,
16
   vs.
17
   POLARIS PROCESSING, LLC, Individual
18 DOES 1-10; ROES 1-10, inclusive,

19                 Counter-Defendants.
   ─────────────────────────────
20 NEW RISE RENEWABLES RENO, LLC,

21                 Third-Party Plaintiff,

22 vs.

23 TERRY FRIEDMAN & JULIE THROOP,
   PLLC; JOHN C. BOYDEN, ESQ., an
24 individual; GREATER NEVADA CREDIT
   UNION, a domestic non-profit cooperative
25 corporation; TRUIST BANK, NORTH
   CAROLINA, a Tennessee Corporation;
26 KING FIRM LLC, a fictitious corporation;
   DOES 1-10; ROE BUSINESS and ROE
27 CORPORATIONS 1-10, inclusive,

28                 Third-Party Defendants.

4916-9535-5173

1    Polaris Processing, LLC ("Polaris"), New Rise Renewables Reno, LLC ("New Rise"),

2    Greater Nevada Credit Union ("Credit Union"), Terry Friedman & Julie Throop, PLLC and John

3    C. Boyden, Esq. (collectively, "Throop and Boyden" and together with Polaris, New Rise, and

4    Credit Union, the "Parties") by and through their respective counsel, hereby submit this Stipulation

5    and Order to Extend Discovery Deadlines ("Stipulation") pursuant to Local Rule 26-1 and Federal

6    Rule of Civil Procedure 26(f)(3), which supersedes the Order Granting the Amended Joint

7    Discovery Plan and Scheduling Order ("Joint Discovery Plan") entered January 15, 2025 [ECF No.

8    31]. When Polaris and New Rise submitted the Joint Discovery Plan that the Court entered, New

9    Rise was in the process of serving third-party defendants named in its third-party complaint filed

10    on November 11, 2024 [ECF No. 7]. As a result, New Rise and Polaris informed the Court of their

11    intention to extend the deadlines outlined in the Joint Discovery Plan at a later date to ensure a

12    standardized discovery schedule for all participants in the litigation [ECF No. 31, n. 1].

13    Accordingly, the Parties seek to extend discovery deadlines sixty (60) days, so all Parties have

14    adequate time to gather and analyze relevant information. This is the first request to extend

15    discovery deadlines, and this request is made in good faith and not for purposes of undue delay.

16    **A. Discovery Completed**

17    On January 27, 2025, Polaris served its initial disclosures, and on February 20, 2025,

18    Throop and Boyden served its initial disclosures. The Parties are currently working on a protective

19    order, and after the Court enters that order, the Parties will exchange confidential initial disclosure

20    documents. On March 7, 2025, the Parties attended a supplemental Rule 26 conference that

21    included new parties Throop and Boyden and the Credit Union. Only Polaris and New Rise

22    attended the original Rule 26 conference.

23    **B. Discovery Remaining**

24    The Parties anticipate propounding written discovery, disclosing one or more experts and/or

25    rebuttal experts, and taking depositions of party, non-party, and expert witnesses. The Parties may

26    also subpoena nonparty representatives and make additional document disclosures.

27    ///

28    ///

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89169
702.784.5200

4916-9535-5173

- 2 -

**C. Good Cause Supports the Extension, and Any Noncompliance with Current Deadlines Constitutes Excusable Neglect**

The Parties can establish that any failure to meet the current deadlines resulted from a delay in service of third-party plaintiff New Rise's third-party complaint on Throop and Boyden and the Credit Union, and the need to align all parties on a standardized discovery schedule, both of which constitute excusable neglect. LR IA 6-1 states that "[a] request made after the expiration of the specified period will not be granted unless the movant or attorney demonstrates that the failure to file the motion before the deadline expired was the result of excusable neglect."

Here, New Rise filed third-party claims against Throop and Boyden and the Credit Union and needed time to serve the third-party defendants. The delay in service led to new parties joining the case and holding a supplemental Rule 26 conference on dates that conflicted with the existing Joint Discovery Plan. When the Joint Discovery Plan was entered on January 15, 2025, New Rise was still in the process of serving third-party defendants named in its third-party complaint filed on November 11, 2024 [ECF No. 7]. As noted in the Joint Discovery Plan, Polaris and New Rise informed the Court of their intent to extend the deadlines to ensure a standardized discovery schedule for all participants [ECF No. 31, n. 1]. Notably, Throop and Boyden's counsel did not appear until February 12, 2025 [ECF No. 41], and Credit Union did not appear until February 21, 2025 [ECF No. 47]. As a result, Credit Union's appearance occurred after the deadline to amend pleadings and add parties had already passed [ECF No. 31]. Given these circumstances, any failure to meet the current deadlines was due to delays in service and the necessity of standardizing the discovery schedule to promote judicial efficiency. Because these factors constitute excusable neglect, the Court should grant the requested extension of the discovery deadlines.

**D. Proposed Schedule**

Initial disclosures for Credit Union will be due March 21, 2025. The following dates are the current and proposed deadlines for the Parties.

///

///

///

4916-9535-5173

| Description | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cut-off date | May 19, 2025 | July 18, 2025 |
| Amending the pleadings and adding parties | February 18, 2025 | April 21, 2025 |
| Expert disclosures | March 20, 2025 | May 19, 2025 |
| Rebuttal expert disclosures | April 21, 2025 | June 20, 2025 |
| Dispositive motions | June 18, 2025 | August 18, 2025 |
| Pretrial order | July 18, 2025 | September 16, 2025 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  March 10, 2025

SNELL & WILMER L.L.P.

/s/ Charles E. Gianelloni
Charles E. Gianelloni (NV Bar No. 12747)
Markie L. Betor (NV Bar No. 15505)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone:  (702) 784-5200
cgianelloni@swlaw.com
mbetor@swlaw.com

*Attorneys for Polaris Processing, LLC*

Dated:  March 10, 2025

JACKSON LEWIS P.C.

/s/ Joshua A. Sliker
Joshua A. Sliker (NV Bar No. 12493)
Thomas W. Maroney (NV Bar No. 13913)
300 South Fourth Street, Suite 900
Las Vegas, NV 89101
Telephone:  (702) 921-2460
joshua.sliker@jacksonlewis.com
thomas.maroney@jacksonlewis.com

*Attorneys for Greater Nevada Credit Union*

Dated:  March 10, 2025

RANALLI, ZANIEL, FOWLER & MORAN

/s/ David Zaniel
David Zaniel (NV Bar No. 7962)
50 West Liberty Street, Suite 1050
Reno, NV 89501
Telephone:  (775) 786-4441
dzaniel@ranallilaw.com

*Attorney for New Rise Renewables Reno, LLC*

Dated:  March 10, 2025

DOTSON, HAYWARD & VANCE, PC

/s/ David T. Hayward
David T. Hayward (NV Bar No. 5986)
5355 Reno Corporate Drive, Suite 100
Reno, NV 89511
Telephone:  (775) 501-9400
dhayward@dhvnv.com

*Attorneys for Terry Friedman & Julie Throop, PLLC and John C. Boyden, Esq.*

**IT IS SO ORDERED.**

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 3/11/2025

4916-9535-5173

- 4 -

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89169
702.784.5200