David M. Zaniel (NV Bar No. 7962)
RANALLI, ZANIEL, FOWLER & MORAN, LLC
50 West Liberty Street, Suite 1050
Reno, Nevada 89501
Telephone: (775) 786-4441
Facsimile: (775) 786-4442
Email: dzaniel@ranallilaw.com
Attorney for Defendant *New Rise Renewables Reno, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| POLARIS PROCESSING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEW RISE RENEWABLES RENO, LLC,<br><br>Defendant.<br><br>_____<br><br>NEW RISE RENEWABLES RENO, LLC,<br><br>Counter-Complainant,<br><br>v.<br><br>POLARIS PROCESSING, LLC,<br>Individual DOES 1-10; ROES 1 - 10, inclusive,<br><br>Counter-Defendants.<br><br>_____<br><br>NEW RISE RENEWABLES RENO, LLC,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>TERRY FRIEDMAN & JULIE THROOP, PLLC;<br>JOHN C. BOYDEN, ESQ., an individual;<br>GREATER NEVADA CREDIT UNION, | Case No. 2:24-cv-1907 -JAD-MDC<br><br>**STIPULATION AND ORDER TO DISMISS THIRD-PARTY DEFENDANT GREATER NEVADA CREDIT UNION ONLY WITH PREJUDICE**<br><br>ECF Nos. 33, 55 |

1

a domestic non-profit cooperative )
corporation; TRUIST BANK, NORTH CAROLINA,)
a Tennessee Corporation; KING FIRM LLC, a )
fictitious corporation; DOES 1-10; ROE BUSINESS )
and ROE CORPORATIONS 1-10, inclusive, )
)
  Third-Party Defendants. )
_____)

**STIPULATION AND ORDER TO DISMISS THIRD PARTY DEFENDANT NEVADA GREATER NEVADA CREDIT UNION ONLY WITH PREJUDICE**

COMES NOW, Defendant/Cross-Claimant/Third-Party Plaintiff, (hereinafter "Defendant and/or NEW RISE RENERABLE"), by and through its attorney of record, DAVID M. ZANIEL, ESQ. of RANALLI, ZANIEL, FOWLER & MORAN, LLC, and Third-Party Defendant GREATER NEVADA CREDIT UNION, by and through its attorney of record, JOSHUA A. SLIKER, ESQ. of JACKSON LEWIS, PC, and hereby stipulate to dismiss only Third Party Defendant Greater Nevada Credit Union, with Prejudice, each side to bear their own attorney fees and costs. The parties also stipulate to vacate the April 15, 2025 hearing.

DATED this 14th day of Apil 2025                DATED THIS 14th day of April, 2025

 /s/ DavidZaniel                                       /s/ Joshua A. Sliker
DAVID M. ZANIEL, ESQ.                                  JOSHUA A. SLIKER, ESQ.
50 West Liberty Street, Suite 1050                     Nevada Bar No. 12493
Reno, Nevada 89501                                     **JACKSON LEWIS P.C.**
Attorney for Defendant                                 300 S. Fourth Street, Suite 900
*New Rise Renewable Reno, LLC*                         Las Vegas, Nevada 89101
                                                       *Attorneys for Third-Party Defendant Greater*
                                                       *Nevada Credit Union*

### ORDER

Based on the parties' stipulation **[ECF No. 55]** and good cause appearing, IT IS HEREBY ORDERED that **New Rise Renewables Reno, LLC's Third-Party Claims against Greater Nevada Credit Union are DISMISSED with prejudice**, each side to bear its own fees and costs; Greater Nevada Credit Union's motion to dismiss those claims **[33] is DENIED** as moot; and **the April 15, 2025, hearing on that motion to dismiss [54] is VACATED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 14, 2025

2