DANIEL T. HAYWARD
Nevada State Bar No. 5986
DOTSON, HAYWARD & VANCE, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
Tel:     (775) 501-9400
Email:  dhayward@dhvnv.com
*Attorney for Third-Party Defendants*
*Terry Friedman and Julie Throop, PLLC*
*and John C. Boyden*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| POLARIS PROCESSING, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>NEW RISE RENEWABLES RENO, LLC,<br><br>　　　Defendant. | Case No.: 2:24-cv-01907-JAD-MDC |
| NEW RISE RENEWABLES RENO, LLC,<br><br>　　　Counter-Complainant,<br><br>v.<br><br>POLARIS PROCESSING, LLC, Individual DOES 1-10; ROES 1-10, inclusive,<br><br>　　　Counter-Defendants | **STIPULATION FOR VOLUNTARY DISMISSAL OF THIRD-PARTY CLAIMS WITHOUT PREJUDICE**<br><br>**AND**<br><br>**ORDER DISMISSING THIRD-PARTY CLAIMS WITHOUT PREJUDICE** |
| NEW RISE RENEWABLES RENO, LLC,<br><br>　　　Third-Party Plaintiff,<br><br>v.<br><br>TERRY FRIEDMAN & JULIE THROOP, PLLC; JOHN C. BOYDEN, ESQ., an individual; GREATER NEVADA CREDIT UNION, a domestic non-profit cooperative corporation; TRUIST BANK, NORTH CAROLINA, a Tennessee Corporation; KING FIRM LLC, a fictitious corporation; DOES 1-10; ROE BUSINESS and ROE CORPORATIONS 1-10, inclusive,<br><br>　　　Third-Party Defendants. | ECF No. 61 |

1

Third-Party Plaintiff New Rise Renewables Reno, LLC ("New Rise") by and through its attorney David M. Zaniel of Ranalli, Zaniel, Fowler & Moran, LLC, Third-Party Defendants Terry Friedman and Julie Throop, PLLC (identified in the Third-Party Complaint as "Terry Friedman & Julie Throop, PLLC") and John C. Boyden, Esq. (collectively, "Boyden/F&T"), by and through their attorney, Daniel T. Hayward of Dotson, Hayward & Vance, PC, and Plaintiff Polaris Processing, LLC, by and through its attorney, Charles E. Gianelloni of Snell & Wilmer L.L.P., stipulate pursuant to Fed. R. Civ. P. 42(a)(1)(A)(ii) that the Court may dismiss New Rise's third-party claims against Terry Friedman and Julie Throop, PLLC and John C. Boyden without prejudice, with each dismissed party to bear their own costs and attorney fees.

The above-named parties further stipulate that the Court may dismiss New Rise's third-party claims against third-party defendant Truist Bank, North Carolina, without prejudice, with each dismissed party to bear their own costs and attorney fees. Truist Bank, North Carolina has not appeared in this action.

The above-named third-parties further stipulate that at some point in the near future, diversity jurisdiction is likely to be lost between New Rise and Boyden / F&T as the remaining parties to this action, and that New Rise and Boyden / F&T have made the preemptive decision to litigate New Rise's claims against Boyden / F&T in Nevada state court. When New Rise refiles its claims against Boyden

Dotson, Hayward & Vance, PC
5355 Reno Corporate Dr.
Suite #100
Reno, Nevada 89511

/ F&T in Nevada state court, Boyden / F&T agree that they shall not raise any defense based on the voluntary dismissal, without prejudice, of the third-party claims in this action.

DATED this 16th day of July, 2025.

/s/ Daniel T. Hayward
_____
Daniel T. Hayward
Nevada State Bar No. 5986
Dotson, Hayward & Vance, PC
5355 Reno Corporate Drive, Ste 100
Reno, Nevada 89511
*Attorney for Third-Party Defendants Terry Friedman and Julie Throop, PLLC and John C. Boyden*

DATED this 16th day of July, 2025.

/s/ David M. Zaniel
_____
David M. Zaniel
Nevada State Bar No. 7962
Ranalli, Zaniel, Fowler & Moran, LLC
50 West Liberty St Ste 1050
Reno, Nevada 89501
*Attorney for New Rise Renewables Reno, LLC*

DATED this 16th day of July, 2025.

/s/ Markie L. Betor
_____
Charles E. Gianelloni
Nevada State Bar No. 12747
Markie L. Betor
Nevada State Bar No. 15505
Snell & Wilmer L.L.P.
1700 South Pavilion Center Dr Ste 700
Las Vegas, NV  89135
*Attorneys for Polaris Processing, LLC*

3

# ORDER

Pursuant to the stipulation [ECF No. 61] between Third-Party Plaintiff New Rise Renewables Reno, LLC ("New Rise"), Third-Party Defendants Terry Friedman and Julie Throop, PLLC (identified in the Third-Party Complaint as "Terry Friedman & Julie Throop, PLLC") and John C. Boyden, Esq., and Plaintiff Polaris Processing, LLC, and pursuant to Fed. R. Civ. P. 42(a)(1)(A)(ii), and with good cause appearing, **IT IS ORDERED THAT New Rise's third-party claims against Terry Friedman and Julie Throop, PLLC and John C. Boyden, Esq., and** New Rise's third-party claims against non-appearing party **Truist Bank, North Carolina, are DISMISSED** without prejudice, with each dismissed party to bear their own costs and attorney fees. The Clerk of Court is directed to TERMINATE these third-pary defendants from this case.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED this 16th day of July, 2025.