1  Charles E. Gianelloni (NV Bar No. 12747)
   Markie L. Betor (NV Bar No. 15505)
2  SNELL & WILMER L.L.P.
   1700 South Pavilion Center Drive, Suite 700
3  Las Vegas, Nevada 89135
   Telephone: (702) 784-5200
4  Facsimile:  (702) 784-5252
   Email: cgianelloni@swlaw.com
5         mbetor@swlaw.com

6  *Attorneys for Polaris Processing, LLC*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

| | |
|---|---|
| 9   POLARIS PROCESSING, LLC, | Case No. 2:24-cv-01907-JAD-MDC |
| 10           Plaintiff, | |
| 11   vs. | **STIPULATION AND ORDER TO DISMISS POLARIS PROCESSING, LLC'S SECOND AND THIRD CLAIMS AND ENTER FINAL JUDGMENT** |
| 12   NEW RISE RENEWABLES RENO, LLC, | |
| 13           Defendant. | |
| 14   NEW RISE RENEWABLES RENO, LLC, | ECF No. 66 |
| 15           Counter-Complainant, | |
| 16   vs. | |
| 17   POLARIS PROCESSING, LLC, Individual DOES 1-10; ROES 1-10, inclusive, | |
| 18   | |
| 19           Counter-Defendants. | |
| 20   NEW RISE RENEWABLES RENO, LLC, | |
| 21           Third-Party Plaintiff, | |
| 22   vs. | |
| 23   TERRY FRIEDMAN & JULIE THROOP, PLLC; JOHN C. BOYDEN, ESQ., an individual; GREATER NEVADA CREDIT UNION, a domestic non-profit cooperative corporation; TRUIST BANK, NORTH CAROLINA, a Tennessee Corporation; KING FIRM LLC, a fictitious corporation; DOES 1-10; ROE BUSINESS and ROE CORPORATIONS 1-10, inclusive, | |
| 24   | |
| 25   | |
| 26   | |
| 27           Third-Party Defendants. | |
| 28   | |

4921-0939-3539

Plaintiff Polaris Processing, LLC ("Polaris"), and Defendant New Rise Renewables Reno, LLC ("New Rise" and together with Polaris, the "Parties"), by and through their respective counsel, hereby submit the Stipulation and Order to Dismiss Polaris Processing, LLC's Second and Third Claims and Enter Final Judgment. The Court granted Polaris' motion for summary judgment and concluded that Polaris is entitled to judgment in its favor on its breach-of-contract claim.[1] Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate to the dismissal of Polaris' second and third claims for relief.

With the remaining two claims dismissed and pursuant to the Court's judgment in favor of Polaris for its breach-of-contract claim, the Court can proceed to enter final judgment in the amount of $1,061,586.00 under Federal Rule of Civil Procedure 54(b). The Parties further agree that, under the terms of the Settlement Agreement, Polaris may submit its motion for attorney fees to be added to the judgment under Federal Rule of Civil Procedure 54(d).

Accordingly, the Parties stipulate and agree to the following:

1. On June 20, 2025, Polaris filed its Motion for Summary Judgment ("Motion").[2]

2. On December 15, 2025, the Court issued an order granting the Motion and concluding Polaris was entitled to judgment in its favor on its breach-of-contract claim.[3]

3. The Parties agree to the voluntary dismissal of Polaris' second and third claims for relief.

4. The Parties agree that, after dismissal, Polaris is entitled to final judgment in the amount of $1,061,586.00.

///

///

///

---

[1] Doc. No. 65.
[2] Doc. No. 57.
[3] Doc. No. 65.

5. The Parties agree that upon entry of final judgment, Polaris may submit its motion for attorney fees to be added to the judgment.

**IT IS SO STIPULATED.**

DATED this 5th day of January 2026.                    DATED this 5th day of January 2026.

SNELL & WILMER L.L.P.                                  RANALLI, ZANIEL, FOWLER & MORAN, LLC

 */s/ Charles E. Gianelloni*                             */s/ David M. Zaniel*
Charles E. Gianelloni (NV Bar No. 12747)               David M. Zaniel (NV Bar No. 7962)
Markie L. Betor (NV Bar No. 15505)                     50 West Liberty Street, Suite 1050
1700 South Pavilion Center Drive, Suite 700            Reno, NV 89501
Las Vegas, Nevada 89135                                Telephone: (775) 786-4441
Telephone: (702) 784-5200                              Email: dzaniel@ranallilaw.com
Email:  cgianelloni@swlaw.com
        mbetor@swlaw.com                               *Attorneys for New Rise Renewables Reno, LLC*

*Attorneys for Polaris Processing, LLC*

### ORDER

Having considered this stipulation between the parties [ECF No. 66], and with good cause,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and the Court **ORDERS** that Polaris' Second and Third Claims for Relief are dismissed with prejudice.

And with no reason to delay, **IT IS FURTHER ORDERED** that Polaris is entitled to final judgment in the amount of $1,061,586.00.

**The Clerk of Court is directed to ENTER FINAL JUDGMENT accordingly and CLOSE THIS CASE.**  (Case closure does not bar the filing of a motion for attorney fees.)

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 6, 2026